No. 72–844.   FALK ET AL. *v.* BRENNAN, SECRETARY OF LABOR.   C. A. 4th Cir.   Certiorari granted limited to Questions 2 and 3 presented by the petition which read as follows:

"2. Under the Fair Labor Standards Act to be covered an enterprise must have an 'annual gross volume of sales made or business done' of $500,000.   Is this figure to be measured by the gross rentals collected by the agent or by that agent's gross commissions?

"3. Are maintenance workers employed at the buildings managed by petitioners employees of the apartment owner or of the petitioners?"

No. 72–5881.   MARSHALL *v.* UNITED STATES.   C. A. 9th Cir.   Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–713.   SMITH *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 72–747.   BLOOMFIELD HILLS SCHOOL DISTRICT *v.* ROTH, U. S. DISTRICT JUDGE.   C. A. 6th Cir.   Certiorari denied.

No. 72–748.   WEST BLOOMFIELD SCHOOL DISTRICT OF OAKLAND COUNTY, MICHIGAN, ET AL. *v.* ROTH, U. S. DISTRICT JUDGE.   C. A. 6th Cir.   Certiorari denied.

No. 72–752.   THURMAN *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 72–817.   SCHOOL DISTRICT OF THE CITY OF BIRMINGHAM, OAKLAND COUNTY, MICHIGAN *v.* ROTH, U. S. DISTRICT JUDGE.   C. A. 6th Cir.   Certiorari denied.

No. 72–836.   ZANNINO ET AL. *v.* UNITED STATES. C. A. 1st Cir.   Certiorari denied.